Order issued August 31, 2012



In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-01195-CV

### IN RE CASSIE COOPER, Relator

**Original Proceeding from 255th the Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-12-05628-S**

## O R D E R

Before Justices Bridges, Lang, and Fillmore

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

We **ORDER** that relator Cassie Cooper bear the costs of this original proceeding.

We **DENY** relator's August 30, 2012 "Emergency Motion to Stay Court Orders and for Temporary Relief."

DOUGLAS S. LANG
JUSTICE